**FILED**



**8:55 am, 3/25/26**

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

RODNEY MARVIN LIBER, as wrongful death representative for the Estate of Samantha Rose Liber, CARLA LIBER, an individual, and AVA LIBER, an individual,

Plaintiffs,

vs.

EL CAPITAN ENTERPRISES, INC., a Wyoming corporation d/b/a JACKSON HOLE ADVENTURE RENTALS, DAVID WALTERS an individual, TOBY JOHN KUZNIA, an individual,

Defendants.

Case No. 26-CV-61-R

---

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
### [11]

---

This matter comes before the Court on Defendants' Waiver and Acceptance of Service and Joint Stipulation for Extension of Time to Respond to Complaint. [ECF No. 11]. Having reviewed the filing and being fully advised, the Court grants the Motion.

**IT IS HEREBY ORDERED** the deadline by which Defendants must file a pleading responsive to Plaintiffs' Complaint shall be May 7, 2026.

Dated this 25th day of March, 2026.

Kelly H. Rankin
United States District Judge